IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | No. C 10-04781 CW |
|     Plaintiff, | <u>ORDER OF REFERENCE</u><br><u>TO MAGISTRATE JUDGE</u> |
|   v. | |
| JAMES J. MEOLA, et al., | |
|     Defendants             / | |

    Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment filed in the above-captioned case is referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar.  The Magistrate Judge shall prepare findings and recommendation on the motion. The hearing noticed for Thursday, April 7, 2011 is vacated.

Dated: 3/1/2011

                                               */s/ Claudia Wilken*
                                         CLAUDIA WILKEN
                                         United States District Judge

cc: Sue