IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JAMES JOSEPH MEOLA, et al., <br><br> Defendants. | No. C    CW <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE MOTION FOR DEFAULT JUDGMENT |

    The Court has reviewed Magistrate Judge Spero's Report and Recommendation Re Motion for Default Judgment, as well as objections to the report. The Court finds the Report correct, well-reasoned and thorough, and adopts it. The Magistrate Judge did not recommend an award of attorneys' fees, stating that Plaintiff did not request it. If Plaintiff wishes to move for attorneys' fees, it may do so, and the motion will be referred to Magistrate Judge Spero. Accordingly,

    IT IS HEREBY ORDERED that the Motion for Default Judgment is GRANTED. The Clerk shall enter judgment in accordance with the Report and Recommendation.

Dated: 5/26/2011

CLAUDIA WILKEN
United States District Judge